**No. 39450.**—Protests 321318–G, etc., of D. Goldring et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, trays, bottles, and boxes chiefly used in the household for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339. *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) and *Rice* v. *United States* (T. D. 49373) cited.

**No. 39451.**—Protests 316498–G, etc., of Stern Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) and *Rice* v. *United States* (T. D. 49373) trays, boxes, atomizers, jars, vases, and bottles chiefly used on the table or in the household for utilitarian purposes, or hollow ware, were held dutiable at 40 percent under paragraph 339. Toilet sets similar to those the subject of Abstract 8950 were held dutiable separately, the brushes at 45 percent under paragraph 1407 and the mirrors at 50 percent under paragraph 230.

**No. 39452.**—Protests 308131–G, etc., of J. E. Bernard & Co. et al. (New York).

Opinion by DALLINGER, J. The atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed. *Rice* v. *United States* (T. D. 49373) followed.

**No. 39453.**—Protests 301851–G, etc., of J. E. Bernard & Co., Inc. (New York).

Opinion by DALLINGER, J. The atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed. *Rice* v. *United States* (T. D. 49373) followed.

**No. 39454.**—Protests 236857–G, etc., of J. E. Bernard & Co., Inc. (New York).

Opinion by DALLINGER, J. The atomizers in question were held dutiable at 40 percent under paragraph 339 as claimed. *Rice* v. *United States* (T. D. 49373) followed.

**No. 39455.**—Protests 290631–G, etc., of Central Mercantile Bank & Trust Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Rice* v. *United States* (T. D. 49373) the atomizers and powder jars in question were held dutiable at 40 percent under paragraph 339 as claimed.